Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J&J SPORTS PRODUCTIONS, INC.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC.<br><br>PLAINTIFF,<br><br>VS.<br><br>ROBERT JOE WILLIAMS, ET AL.<br><br>DEFENDANTS. | CASE NO. CV 08-5410 VRW<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; AND ORDER (~~Proposed~~) |

**TO THIS HONORABLE COURT:**

By and through their counsel, Plaintiff J&J Sports Productions, Inc., and Defendant Robert Joe Williams, hereby agree, stipulate, and respectfully request that this Honorable Court continue the Case Management Conference, in the above-entitled action (presently set for Thursday, May 15, 2009, at 3:30 p.m.) to a new date of July 2, 2009, at 3:30 p.m.

///

///

///

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE,
AND ORDER [Proposed]
CASE NO. CV 08-5410 VRW
PAGE 1

The Plaintiff and the Defendant respectively submit that it would be best to defer the Case Management Conference in this action, presently set for this Thursday, May 15, 2009, at 3:30 p.m., to a new date approximately fifty (50) days forward, in order that counsel for the Parties can continue to actively discuss settlement in this matter.

**WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED BY THE PARTIES that the Court reschedule the Case Management Conference to a new date of July 2, 2009, at 3:30 p.m.

Respectfully submitted,

Dated: May 13, 2009

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J&J Sports Productions, Inc.

Dated: _Please see attached_

**LAW OFFICES OF GEORGE HOLLAND**
By: George Holland
Attorneys for Defendant
Robert Joe Williams

///
///
///

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE,
AND ORDER [Proposed]
CASE NO. CV 08-5410 VRW
PAGE 2

The Plaintiff and the Defendant respectively submit that it would be best to defer the Case Management Conference in this action, presently set for this Thursday, May 15, 2009, at 3:30 p.m., to a new date approximately fifty (50) days forward, in order that counsel for the Parties can continue to actively discuss settlement in this matter.

WHEREFORE, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED BY THE PARTIES that the Court reschedule the Case Management Conference to a new date of July 2, 2009, at 3:30 p.m.

Respectfully submitted,

Dated: May 13, 2009

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J&J Sports Productions, Inc.

Dated: 5/13/09

LAW OFFICES OF GEORGE HOLLAND
By: George Holland
Attorneys for Defendant
Robert Joe Williams

///
///
///

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
AND ORDER [Proposed]
CASE NO. CV 08-5410 VRW
PAGE 2

## ORDER (Proposed)

IT IS HEREBY ordered that the Case Management Conference in the above-entitled action is hereby continued from 3:30 p.m., Thursday, May 15, 2009, to July 2, 2009, at 3:30 p.m..

Plaintiff shall serve a copy of this Order on all defendants or their counsel and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED:



Honorable V[aughn R. Walker]
United St[ates District Judge]
Northern Di[strict of Calif]ornia

Dated: 5/15/2009

///
///
///
///
///
///
///
///

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE,
AND ORDER [Proposed]
CASE NO. CV 08-5410 VRW
PAGE 3

# PROOF OF SERVICE (SERVICE BY FAX)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030-3227. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On May 13, 2009, I served:

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER [Proposed]**

On all parties in said cause by transmitting a true copy thereof by Facsimile and by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. George Holland, Esquire           (Attorneys for Defendant)
**LAW OFFICES OF GEORGE HOLLAND**
1970 Broadway, Ste. 1030
Oakland, CA 94612

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 13, 2009, at South Pasadena, California.

Dated: May 13, 2009           /s/ Sarah Chesshir
                              SARAH CHESSHIR