IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC,

    Plaintiff,

    v

ROBERT JOE WILLIAMS, et al,

    Defendants.

                                 /

No   C 08-5410 VRW

ORDER

On August 11, 2009, the parties filed a notice of settlement: "the parties * * * have settled all claims * * * in their entirety." Doc #5. The parties did not, however, file a stipulated dismissal and there has been no docket activity for several months.

There appearing no good cause for this matter to remain open, the clerk is directed to close the file and terminate all pending motions. Any party adversely affected by the closure of this file may apply to re-open if such application is served and filed not later than July 30, 2010.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge